UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DIDIER CONSULTANTS, INC.<br><br>v.<br><br>SASOL CHEMICALS (USA), L.L.C., et al | CIVIL ACTION<br><br>NO.  3:19-CV-00284-JWD-RLB |

## **JOINT MOTION TO DISMISS WITH PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Didier Consultants, Inc., and Defendants, Sasol Chemicals (USA), L.L.C. and Sasol (USA) Corporation (collectively "Sasol"), who move this Honorable Court to dismiss, with prejudice, this civil action and any and all claims against Sasol, with each party to bear its own costs.

Respectfully submitted:

*/s/  J. Mark Robinson*
J. Mark Robinson (#21058)
mark@markrobinsonlawfirm.com
ROBINSON LAW FIRM
412 North Fourth Street, Room 329
Baton Rouge, Louisiana  70802
Telephone:  (225) 246-2133

Brian F. Blackwell (#18119)
brian@blackwell-associates.com
BLACKWELL & ASSOCIATES
8322 One Calais Avenue
Baton Rouge, Louisiana  70809
Telephone:  (225) 769-2462
***Attorneys for Plaintiff***

1

20767462_1.docx

>*/s/  Erin L. Kilgore*
>James R. Chastain, Jr., (#19518)
>sonny.chastain@keanmiller.com
>Erin Lutkewitte Kilgore, T.A., (#31244)
>erin.kilgore@keanmiller.com
>Chelsea Gomez Caswell (#35147)
>chelsea.caswell@keanmiller.com
>KEAN MILLER LLP
>400 Convention Street, Suite 700
>P. O. Box 3513
>Baton Rouge, Louisiana  70821
>Telephone:  (225) 387-0999
>Facsimile:  (225) 388-9133
>
>**Attorneys for Sasol Chemicals (USA), L.L.C., and Sasol (USA) Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following, by operation of the Court's electronic filing system:

J. Mark Robinson, Esquire
mark@markrobinsonlawfirm.com
ROBINSON LAW FIRM
412 North Fourth Street, Room 329
Baton Rouge, Louisiana  70802

Brian Blackwell, Esquire
brian@blackwell-associates.com
8322 One Calais Avenue
Baton Rouge, Louisiana  70809

Baton Rouge, Louisiana, this 10th day of February, 2020.

>*/s/  Erin L. Kilgore*
>Erin Lutkewitte Kilgore

2